**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-6282**

———————

SEBASTIAN X. MOORE,

Plaintiff - Appellant,

versus

ELIZABETH COLEMAN GRAY, North Carolina
Prisoner Legal Services,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Louise W. Flanagan, Chief
District Judge.  (CA-04-918-5)

———————

Submitted:  June 9, 2005           Decided:  June 16, 2005

———————

Before NIEMEYER and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Sebastian X. Moore, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Sebastian X. Moore appeals the district court's order dismissing as frivolous his 42 U.S.C. § 1983 (2000) complaint alleging that counsel failed to recognize appealable issues and refused to represent him. We have reviewed the record and find that this appeal is frivolous. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Moore v. Gray</u>, No. CA-04-918-5 (E.D.N.C. Jan. 26, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>